LOUIS A. LEONE, ESQ. (CSB #099874)
PATRICIA J. PARKER, ESQ. (CSB #155013)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendant
MT. DIABLO UNIFIED SCHOOL DISTRICT

FILED
AUG - 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN M. WILLIAMS, <br><br> Plaintiff, <br><br> vs. <br><br> MT. DIABLO UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO.: C02-0952-CW <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE <br><br> Trial Date: August 8, 2005 <br> Courtroom: 2; Hon. Claudia Wilken |

Defendant MT. DIABLO UNIFIED SCHOOL DISTRICT ("DISTRICT") and plaintiff GWENDOLYN M. WILLIAMS hereby stipulate and request through their counsel of record as follows:

In light of the present unavailability of the DISTRICT's trial counsel, Marina B. Pitts, due to her representation of the City of Mountain View in the ongoing trial in *Barton v. City of Mountain View*, Case No. 1-03-CV-004619 in Santa Clara County Superior Court, the parties hereby stipulate through their respective counsel of record that the trial of this matter be continued from August 8, 2005 to a date after September 5, 2005 to permit Ms. Pitts to complete trial in the above-referenced State court action.

///

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE

1

07/29/05  FRI 12:03  [TX/RX NO 7678]

1   There is good cause for the continuance pursuant to Fed.R.Civ. Proc., Rule
2   16(b). Facsimile signatures acceptable to the parties

5   Dated: July 29, 2005                    EMEZIEM & OGBU

                                            By: _____
                                            Attorneys for plaintiff Gwendolyn M.
                                            Williams

10  Dated: July 29, 2005                    STUBBS & LEONE
11                                          PATRICIA J. PARKER

                                            By: _____
                                            Attorneys for defendant MT. DIABLO
                                            UNIFIED SCHOOL DISTRICT

## ORDER

The trial is continued and will be held on Sept. 6, 2005.

**IT IS SO ORDERED.**

Dated: 8-2-05

_____
HON. CLAUDIA WILKEN
Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE

2

07/29/05  FRI 12:03  [TX/RX NO 7878]