IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN WILLIAMS,

    Plaintiff,

v.

MT. DIABLO UNIFIED SCHOOL DISTRICT,

    Defendant.
_____/

No. C 02-952 CW

ORDER NOTIFYING PLAINTIFF OF HEARING

Defendant Mt. Diablo Unified School District has filed a motion for an award of attorneys' fees against Plaintiff Gwendolyn Williams and Plaintiff's former counsel, Kelechi C. Emeziem. Plaintiff did not file a timely opposition to the motion or a statement of non-opposition, as required by Civil Local Rule 7-3. The matters is noticed for hearing on November 18, 2005 at 10:00 a.m.  If Plaintiff wishes to oppose the motion for attorneys' fees, she must appear at the November 18 hearing.

Dated: 11/15/05

                                          CLAUDIA WILKEN
                                          United States District Judge

Copies mailed to counsel
as noted on the following page

1 C-02-0952 CW

Gwendolyn Williams
4423 Deerfield Drive
Antioch, CA 94509